IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELOY MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TYSON FOODS, INC. and TYSON FRESH MEATS, INC.,<br><br>    Defendants. | Case No. 8:10cv00343<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation to Dismiss with Prejudice. (Filing No. 50). Upon reviewing the Stipulation, the Court hereby dismisses Plaintiffs' Complaint with prejudice, with each party to pay its own costs and attorney fees.

SO ORDERED this 6th day of October, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge